IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION FOR THE USE OF AN ELECTRONIC TRACKING DEVICE ON:<br><br>A Samsung telephone model # SGH-M919 UD, IMEI: 358011/05/D43682/B, S/N: RV1D92TGEBY seized on July 2, 2014 from Ivan ALVARADO Torres a/k/a Jose Ivan HERNANDEZ a/k/a PELON | 3:14-mj-176-DSC<br><br>ORDER UNSEALING SEARCH WARRANT DOCUMENTS |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit for the above captioned Search Warrant in this matter, which was previously sealed by the Court, be unsealed.

**IT IS HEREBY ORDERED** that the referenced document be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: February 10, 2015

David S. Cayer
United States Magistrate Judge